UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE DEL TURCO, VINCENT DELAZZERO, THOMAS LANE and JAMES BARTALONE, as Trustees and Fiduciaries of the TILE LAYERS LOCAL UNION 52 PENSION, INSURANCE AND WELFARE, AND ANNUITY FUNDS, CHARLES HILL, EDWARD GAHN, SCOTT ERATH and VINCENT ANASTASI, as Trustees and Fiduciaries of the TILE HELPERS LOCAL 88 WELFARE, ANNUITY AND VACATION FUNDS, JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK and VINCENT DELAZZERO as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS and CHARLES HILL, as President of TILE, MARBLE & TERRAZZO LOCAL NO. 7 OF N.Y. & N.J., BAC,<br><br>Plaintiffs,<br><br>-against-<br><br>GAUL CONSTRUCTION CO., INC.,<br><br>Defendant. | 05 CV 3737 (ARR)<br><br>**DEFAULT**<br>**JUDGMENT** |

The Summons and the First Amended Complaint in this action having been duly served on the above-named Defendant Gaul Construction Co., Inc. ("Gaul"), and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for Plaintiffs, it is hereby

ORDERED AND ADJUDGED, that Plaintiffs BRUCE DEL TURCO, VINCENT DELAZZERO, THOMAS LANE and JAMES BARTALONE, as Trustees and Fiduciaries of the TILE LAYERS LOCAL UNION 52 PENSION, INSURANCE AND

WELFARE, AND ANNUITY FUNDS, CHARLES HILL, EDWARD GAHN, SCOTT ERATH and VINCENT ANASTASI, as Trustees and Fiduciaries of the TILE HELPERS LOCAL 88 WELFARE, ANNUITY AND VACATION FUNDS, JOHN J. FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK and VINCENT DELAZZERO as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS and CHARLES HILL, as President of TILE, MARBLE & TERRAZZO LOCAL NO. 7 OF N.Y. & N.J., BAC do recover of Gaul Construction Co., Inc., the Defendant residing at 65 Roosevelt Avenue, Valley Stream, New York 11581, delinquent contributions in the sum of $75,000.00, plus interest in the sum of $16,356.78, liquidated damages in the amount of $8,400.00, attorneys' fees in the sum of $2,738.53, and court fee in the sum of $250.00, amounting in all to the sum of $102,745.31, plus interest at the legal rate in effect on the date of this judgment; and that the Plaintiffs have execution therefor.

Judgment dated:
March 2, 2006

By: _____